AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>RICHARD GLEASON<br><br>*Defendant* | )<br>)  Case No. 2:23-cr-00081-CDS-BNW<br>)<br>)<br>) |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

MAY 10 2023

CLERK US DISTRICT
DISTRICT
BY:_____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Courtroom No.: 3D |
|---|---|
| | Date and Time: 5/11/23 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 10, 2023

_____
*Judge's signature*

Cam Ferenbach US Magistrate Judge
*Printed name and title*