UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:23-cr-00081-CDS-BNW |
| Plaintiff | Order Denying Stipulation to Continue Trial and Motion Deadlines (Fifth Request) |
| v. | |
| Richard Gleason, | [ECF No. 45] |
| Defendant | |

The parties stipulate to continue the trial date from June 3, 2024 to a date no sooner than 90 days. ECF No. 45. They also request that I adjust all pre-trial deadlines accordingly. The parties indicate this request is necessary because Gleason's counsel "needs additional time to review discovery and conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations." *Id.* at 2. But this is the same reason stated in the parties' four previous stipulations requesting a trial continuance. *See* ECF Nos. 43; 28; 25; 20. Without more information, I cannot find good cause to grant another continuance. Therefore, the fifth request to continue trial and motion deadlines **[ECF No. 45] is DENIED.**

Dated: May 7, 2024

_____
Cristina D. Silva
United States District Judge