# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GLEASON,<br><br>Defendant. | Case No.: 2:23-cr-00081-CDS-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 51) |

Pending before the Court is Defendant's motion to dismiss counsel. Docket No. 51.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for September 23, 2024, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that Defendant and all counsel of record, plus Ms. Lazo, must be present in the courtroom.

The Clerk's Office is INSTRUCTED to serve this order on Raquel Lazo, AFPD, via email at Raquel_Lazo@fd.org.

IT IS SO ORDERED.

DATED: September 16, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE