# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD GLEASON,<br><br>Defendant. | CASE NO: 2:23-cr-0081-CDS-NJK<br><br>**ORDER** Granting Defendant's Motion to Conduct a Pre-Plea Presentence Report<br><br>[ECF No. 58] |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Report on Defendant RICHARD GLEASON.

DATED this __2nd__ day of __October__, 2024.

_____
UNITED STATES DISTRICT JUDGE

5