# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:23-cr-00081-CDS-NJK |
| Plaintiff | **Order Setting Hearing on Stipulation to Continue Motion Deadline, Calendar Call, and Trial Date (Eighth Request)** |
| v. | |
| Richard Gleason, | [ECF No. 63] |
| Defendant | |

In the parties' eighth stipulation to continue, they request to move the trial date from March 24, 2025, to a date no sooner than 90 days. ECF No. 63. Because defendant Richard Gleason's motion for a pre-plea presentence investigation report was granted in October 2024, the parties must appear for a hearing to address this stipulation on February 13, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: February 5, 2025

_____
Cristina D. Silva
United States District Judge