UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Richard Gleason,<br><br>　　　　　Defendant | Case No.: 2:23-cr-00081-CDS-NJK<br><br>**Order Denying Ninth Stipulation to Continue Motion Deadlines, Calendar Call, and Trial**<br><br>[ECF No. 69] |

　　　Defendant Richard Gleason and the United States stipulate to move the trial date from June 30, 2025, to a date no sooner than ninety days. Stip., ECF No. 69. They also request that the court adjust all pretrial deadlines accordingly. This is the ninth request to continue.

　　　On February 7, 2025, the parties filed their eighth stipulation to continue the pretrial motion deadlines and trial date so that U.S. Probation could prepare a pre-plea PSR. ECF No. 63. The stipulation was approved, and the trial was scheduled for June 30, 2025. Order, ECF No. 67. It appears that plea negotiations failed because the parties filed a ninth stipulation to continue the pretrial motions deadlines and trial date on May 23, 2025, seeking "additional time to complete tasks necessary to the Defense and litigate other pre-trial issues that may arise." ECF No. 69.[1] However, counsel has not identified any specific preparation that he will be unable to perform between now and the trial date, which is a month away. Given that the final pre-plea report issued on March 6, 2025, ECF No. 68 (sealed), I find that the parties have not shown good cause for the requested continuance. Thus, the ninth request to continue the motion deadlines and trial dates **[ECF No. 69] is DENIED without prejudice**.

　　　Dated: May 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This language is almost exactly the same as the language used to justify the seventh stipulation, that was filed on October 1, 2024. *See* ECF No. 59 at 2, ¶ 6.