# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00081-CDS-NJK |
| Plaintiff | **Order Granting Motion to Withdraw as Counsel of Record** |
| v. | |
| Richard Gleason, | [ECF No. 84] |
| Defendant | |

Counsel for defendant Richard Gleason moves to withdraw as attorney of record. ECF No. 84. Sentence was imposed on September 11, 2025, ECF No. 82, and the judgment of conviction entered on October 1, 2025, ECF No. 83. The time for appeal has passed.

IT IS HEREBY ORDERED that the motion to withdraw **[ECF No. 84] is GRANTED**, and James A. Oronoz is withdrawn and removed from the CM/ECF service list in this case.

Dated: October 16, 2025

_____
Cristina D. Silva
United States District Judge